**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  RICHARD L. STENLUND          §     Case No. 06-72152
        GLORIADEE E. STENLUND        §
                                     §
              Debtors                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 11/16/2006.

2) The plan was confirmed on 06/08/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/24/2009.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,300.00.

10) Amount of unsecured claims discharged without full payment: $199,154.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 24,300.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 24,300.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,672.05 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,672.05 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| AMCORE BANK NA | Sec | 8,000.00 | 8,964.13 | 8,000.00 | 8,000.00 | 878.70 |
| AMCORE BANK NA | Uns | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST AMERICAN CREDIT UNION | Uns | 17,000.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 3,600.00 | 2,896.08 | 2,896.00 | 2,896.00 | 473.85 |
| FORD MOTOR CREDIT CORP | Uns | 0.00 | 0.00 | 0.08 | 0.01 | 0.00 |
| LITTON LOAN SERVICING LP | Sec | 0.00 | 219,670.19 | 0.00 | 0.00 | 0.00 |
| DEERE CREDIT SERVICES | Sec | 1,600.00 | 1,282.72 | 1,282.72 | 1,282.72 | 117.95 |
| DEERE CREDIT SERVICES | Uns | 0.00 | 52.85 | 52.85 | 2.08 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,096.00 | 930.38 | 930.38 | 930.38 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 430.62 | 430.62 | 16.96 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 642.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 343.00 | 358.92 | 358.92 | 358.92 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 29.15 | 29.15 | 1.15 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 252.00 | 252.00 | 252.00 | 9.92 | 0.00 |
| AFNI | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 8,215.00 | 9,261.65 | 9,261.65 | 364.82 | 0.00 |
| LVNV FUNDING LLC | Uns | 4,391.00 | 5,881.05 | 5,881.05 | 231.65 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BOWMAN, HEINTZ, BOSCIA & | Uns | 5,581.05 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| B-REAL LLC | Uns | 8,614.00 | 8,614.06 | 8,614.06 | 339.31 | 0.00 |
| CITI CARDS | Uns | 2,589.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTOMOTIVE FINANCE | Uns | 14,373.20 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 12,726.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 11,633.00 | 11,633.68 | 11,633.68 | 458.26 | 0.00 |
| FIRST PREMIER BANK | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| FMC - OMAHA SERVICE CENTER | Uns | 3,607.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,892.00 | 1,892.53 | 1,892.53 | 74.55 | 0.00 |
| HSBC CARD SERVICES | Uns | 3,814.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 4,483.00 | 4,483.88 | 4,483.88 | 176.62 | 0.00 |
| BECKET & LEE, LLP | Uns | 5,581.05 | 5,581.05 | 5,581.05 | 219.84 | 0.00 |
| LA CHAPELLE CREDIT SERVICE | Uns | 549.00 | 549.00 | 549.00 | 21.62 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,300.00 | 1,224.42 | 1,224.42 | 48.23 | 0.00 |
| MBNA AMERICA | Uns | 15,549.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 75,734.00 | 55,859.60 | 55,859.60 | 2,200.32 | 0.00 |
| PENTAGROUP FINANCIAL LLC | Uns | 433.00 | NA | NA | 0.00 | 0.00 |
| QVC | Uns | 971.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 485.00 | 485.00 | 485.00 | 19.10 | 0.00 |
| SHOP AT HOME | Uns | 744.00 | NA | NA | 0.00 | 0.00 |
| THD / CBSD | Uns | 2,529.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Uns | 3,815.00 | 4,188.30 | 4,188.30 | 164.98 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 87.00 | 145.00 | 145.00 | 5.71 | 0.00 |
| AFNI/VERIZON | Uns | 123.00 | 343.77 | 343.77 | 13.54 | 0.00 |
| AFNI/VERIZON WIRELESS | Uns | 180.00 | 180.48 | 180.48 | 7.11 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 1,369.00 | 476.00 | 476.00 | 18.74 | 0.00 |
| WFNNB / SHOP AT HOME | Uns | 744.00 | NA | NA | 0.00 | 0.00 |
| FAIK JOUDEH | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS & | Uns | 0.00 | 917.00 | 917.00 | 36.13 | 0.00 |
| NORTHWEST FINANCE | Uns | 475.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 6,569.79 | 6,569.79 | 258.78 | 0.00 |
| LIEBOVICH & WEBER, P.C. | Uns | 907.87 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,896.00 | $ 10,896.00 | $ 1,352.55 |
| All Other Secured | $ 1,282.72 | $ 1,282.72 | $ 117.95 |
| **TOTAL SECURED:** | $ 12,178.72 | $ 12,178.72 | $ 1,470.50 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,289.30 | $ 1,289.30 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,289.30 | $ 1,289.30 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 119,050.96 | $ 4,689.43 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,672.05 |
| Disbursements to Creditors | $ 19,627.95 |
| **TOTAL DISBURSEMENTS:** | $ 24,300.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/24/2010                    By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)